The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTICE EMANUAEL B. GALLOWAY,<br><br>Defendant. | NO. MJ21-017<br><br>COMPLAINT FOR VIOLATION<br><br>18 U.S.C. § 2422(b) |

BEFORE, the Honorable Michelle L. Peterson, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

## COUNT 1
**(Attempted Enticement of a Minor)**

On or about October 7, 2020, in King County, within the Western District of Washington, and elsewhere, JUSTICE EMANUAEL B. GALLOWAY attempted to use a means and facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

And the complainant states that this Complaint is based on the following information:

I, Special Agent Benjamin Williamson, being duly sworn under oath, depose and say:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since February 2007. I am currently assigned to the Seattle Division's Headquarters Office. As an FBI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, and material involving the sexual exploitation of minors in violation of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2426. I have received specialized training from the FBI Academy consisting of legal classes, investigative techniques, evidence preservation and collection, financial related crimes, and other law enforcement training classes. Additionally, I have been certified in the FBI's Basic and Advanced Online Covert Employee Courses pertaining to online undercover activity, as well as the FBI's Digital Extraction Technician (DExT) Course related to digital evidence extraction and review. Through my training and experience, I have developed an understanding of common habits and practices used by those engaged in criminal acts against children. I have reviewed numerous examples of child sexual abuse material (as defined in 18 U.S.C. § 2256(8)). I have participated in the execution of numerous search warrants which involved child exploitation and/or child sexual abuse material offenses. I have also been the affiant on numerous search warrants relating to child exploitation investigations.

2. The facts set forth in this Complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. I have not set forth each and every fact known to me as a result of this investigation but only those facts I believe necessary to establish probable cause to

conclude that JUSTICE EMANUAEL B. GALLOWAY committed the offense charged in this Complaint.

3. As further detailed below, based on my investigation and the investigation of other law enforcement officers, I submit there is probable cause to believe that GALLOWAY committed the offense of attempted enticement of a minor.

4. This Complaint is being presented electronically pursuant to Local Criminal Rule CrR 41(d)(3).

## SUMMARY OF THE INVESTIGATION

5. This investigation arose from an undercover operation targeting individuals using the internet to meet and have sex with minors.

6. On or about September 29, 2020, an undercover Seattle Police Detective (UC), posted a message on the social media platform Doublelist with the title "Looking for the right one." The body of the message read, "I am your not so normal ma. I have lots of interests and not ur typical lifestyle. I do not like judgmental folks…just walk away. Are you the Daddy (must be legal)." On or about October 1, 2020, an individual, later identified as GALLOWAY, responded to the post from an e-mail address with a message that read "Hey, im here to please not judge". The response also included a picture of a nude adult male. GALLOWAY's response began a lengthy communication stream between the GALLOWAY and the UC that included email, social media platform messages, text messages, and phone calls, which continued over the following several days.

7. GALLOWAY asked the UC to move the conversation to the Kik social media platform, and the UC provided GALLOWAY with her Kik username. GALLOWAY contacted the UC via Kik username "jgallow2094" and display name "Justice Galloway." GALLOWAY continued to send the UC emails containing photographs of himself with an erect penis and other images of himself. The UC also received a photograph of GALLOWAY from his Kik account and observed another picture of GALLOWAY on his Kik profile. A Washington State Department of

Licensing records search returned a photograph of JUSTICE EMANUAEL B. GALLOWAY, born in 1984, which matched the photographs GALLOWAY sent the UC and the picture on the Kik profile. The UC told GALLOWAY she was a "pedo mom" of active girls, who were purportedly 6 and 11 years old. The UC made it clear she engaged in sexual activity with her children and that other adults frequently engaged in sexual acts with them. GALLOWAY expressed his interest to the UC and stated on Kik "…*Taboo is my fave.*" GALLOWAY asked the UC for pictures and asked the UC if she wanted to "hang out" and "*Can daddy play to ?*".

8. The UC asked GALLOWAY to continue the conversation over text message and provided GALLOWAY with a telephone number to reach her. GALLOWAY then texted the UC from his telephone number. Online records showed this number was subscribed to by "Galloway, Justice." GALLOWAY discussed over text message his sexual interest in children, stating he had been fantasizing about children for a very long time. GALLOWAY stated he used to live with a friend who had a ten-year-old daughter and one night she fondled his erect penis.

9. The UC told GALLOWAY over text message that her daughters were getting too old for her preference and the regular guys that "come play" with them are getting boring to watch. The UC stated, "*my girls are 6 and 11*" to which GALLOWAY responded, "*11 is nice still and 6*". The UC texted "*u'll think i'm sick..but i think i like ynger than 5*". GALLOWAY responded, "*Oh see to me its hot and a turn on.*"

10. GALLOWAY asked the UC if she was ever worried. The UC told GALLOWAY that she had never been in trouble and had a screening process. GALLOWAY stated he would follow any rule to get the opportunity to live out his fantasy. The UC asked GALLOWAY which one of her children he was interested in or if he was interested in both children. GALLOWAY stated he felt like saying both was being greedy but told the UC he wanted both. GALLOWAY and the UC discussed meeting on October 7, 2020, because the girls had a half day of school then.

GALLOWAY stated he would miss his own death for this opportunity. GALLOWAY stated that his name was "Justice."

11. The UC called GALLOWAY on October 6, 2020 to the same phone number he provided at approximately 10:41 a.m.[1], but he did not answer. The UC then received a call from GALLOWAY from the same number at approximately 10:53 a.m. The UC asked GALLOWAY if he was drug and disease free (DDF), as she did not want to take a 6 and 11-year-old to a doctor's office for sexually transmitted disease (STD) testing. GALLOWAY told the UC he was DDF, but that he would still use a condom. The UC told GALLOWAY she did not want him to do "ass to mouth" with either of the girls and that he was not allowed to be violent. GALLOWAY told the UC he would not be violent and that she had very good rules.

12. The UC asked GALLOWAY over text message what he wanted to do. GALLOWAY responded via text, "*Um idk i am in to oral like eating em out, and idk lol Just normal stuff Idk lol, Yeah I am a lot hard lol…*" GALLOWAY then text the UC a picture of his erect penis. GALLOWAY later stated he wanted to perform oral sex on the children and have sex with them. The UC told GALLOWAY that the six-year-old wanted him to bring her Skittles, to which GALLOWAY responded "*Hahah i think skittles is a pretty good trade lol*".

13. On October 7, 2020, at approximately 10:12 a.m., the UC provided GALLOWAY with the address of a hotel in Tukwila, WA at which to meet the UC and her children. Detectives with the Seattle Police established surveillance outside of the hotel and had an arrest team within a hotel room. At approximately 10:40 a.m., a man matching GALLOWAY's appearance was observed by surveillance arriving at the hotel parking in a white Toyota Camry. At that time, the UC received a text from GALLOWAY stating "*Here,*" and the UC sent GALLOWAY a text message containing the hotel room number. GALLOWAY went to the hotel room and knocked on the door,

---

[1] All times referenced herein are in Pacific Daylight Time (PDT).

COMPLAINT/*United States v. Galloway* - 5

1 where he was subsequently taken into custody. GALLOWAY's driver's license found on his person confirmed his identity. Search incident to arrest revealed a closed pack of Skittles in GALLOWAY's pocket.

14. GALLOWAY was interviewed after waiving his *Miranda* rights. During the interview, GALLOWAY admitted to coming to the hotel room to engage in sexual acts with a six-year-old girl and an eleven-year-old girl while their mother recorded the acts. GALLOWAY confirmed his cellular telephone number and his email addresses were the same as used by the UC to communicate with him. GALLOWAY confirmed that he was the only one with access to his cellular phone.

15. I know that it would be a violation of RCW 9A.44.073 (Rape of a Child in the First Degree) for GALLOWAY to engage in sexual intercourse with a child under the age of twelve to whom he is not married.

## CONCLUSION

16. Based on the above facts, I respectfully submit that there is probable cause to believe that JUSTICE EMANUAEL B. GALLOWAY committed the offense charged in Count 1 above.

Benjamin M. Williamson
Special Agent
Federal Bureau of Investigation

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit submitted to me by reliable electronic means pursuant to Fed. R. Crim. Proc. 4.1(a), and the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 13th day of January, 2021.

_____
Michelle L. Peterson
United States Magistrate Judge