UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                      )<br>           Plaintiff,                             )<br>                                                      )<br>           v.                                        )<br>                                                      )<br>JUSTICE EMANUEL B. GALLOWAY, )<br>                                                      )<br>           Defendant.                          )<br>_____ ) | CASE NO. CR21-020 RAJ<br><br>DETENTION ORDER |

<u>Offense charged</u>:       Attempted Enticement of a Minor

<u>Date of Detention Hearing</u>:    March 2, 2021.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      1.      Defendant is alleged to have traveled to the Seattle area for the purpose of

DETENTION ORDER
PAGE -1

engaging in sexual intercourse with minor children.   He has no ties to this District.   His release plan is to reside in Minnesota with his sister, although the sister will be moving in the next few months to Pennsylvania and minor children would be present in her home. His health history includes indication of mental health problems, although he has not received mental health treatment.

2. Defendant poses a risk of nonappearance based on pending charges, outstanding warrants, substance abuse history, mental health history, lack of employment, and lack of a long term release plan.   Defendant poses a risk of danger based on the nature and circumstances of the offense, substance abuse history, and mental health history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 2nd day of March, 2021.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3