HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTICE EMMANUEL B. GALLOWAY, <br><br> Defendant. | NO. CR21-020-RAJ <br><br> FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

One Samsung Galaxy J2 Smartphone, Serial Number R28M10RMQ3W.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On December 10, 2021, the Court entered a Preliminary Order of Forfeiture finding the above-identified phone forfeitable pursuant to 18 U.S.C. § 2428(a)(1) and forfeiting the Defendant's interest in it (Dkt. No. 43);
- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 48) and provided direct notice to a potential

FINAL ORDER OF FORFEITURE - 1
*United States v. Justice Emmanuel B. Galloway,* CR21-020-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Ex. A); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified phone exists in any party other than the United States;

2. The phone is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the phone as permitted by governing law.

IT IS SO ORDERED.

DATED this 28th day of February, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 2
*United States v. Justice Emmanuel B. Galloway,* CR21-020-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970